**Opinion issued May 9, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00266-CR**

**NO. 01-23-00267-CR**

**NO. 01-23-00268-CR**

**NO. 01-23-00269-CR**

**NO. 01-23-00270-CR**

———————————

**IN RE MARK ANTHONY GORHAM, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Mark Anthony Gorham has filed a petition for writ of mandamus, seeking to compel the Harris County District Clerk and the 208th District Court to provide him with criminal docket sheets.[1]

This Court's mandamus jurisdiction is governed by the Government Code. *See* TEX. GOV'T CODE § 22.221. A court of appeals may issue writs of mandamus against (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge. *Id*. § 22.221(b). The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction. *Id*. § 22.221(a).

We have no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction. *See In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1991, orig. proceeding). Because relator's petition does not raise any threat to our jurisdiction, we dismiss this portion of the mandamus petition for want of jurisdiction.

---

[1] The underlying case is *The State of Texas v. Mark Anthony Gorham*, cause nos. 1721510, 1721511, 1721589, 1722025, & 1722026, pending in the 208th District Court of Harris County, Texas, the Honorable Beverly D. Armstrong presiding.

Relator's request for mandamus relief against the 208th District Court is denied. *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).